APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

State of Wisconsin, et al.        :    CIVIL ACTION
                                  :
        v.                        :
Indivior, et al.                  :
                                  :    NO. 16-5073

## ORDER

AND NOW, this 24th Day of May, 2017, it is hereby

ORDERED that the application of **Angelina M. Whitfield**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.