APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| State of Wisconsin, et al. | : CIVIL ACTION |
| v. | : |
| Indivior, et al. | : NO. 2:16-cv-5073 |

ORDER

AND NOW, this      Day of      , 20    , it is hereby

ORDERED that the application of _Michael Schwalbert_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:16-cv-5073

## *APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Michael Schwalbert__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __8478318__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Missouri | 09/15/2010 | 63229 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| E.D. Missouri | 12/29/2010 | 63229 MO |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*    State of Missouri

(Applicant's Signature)

5/30/17
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Missouri Attorney General's Office

P.O. Box 861, St. Louis, MO 63188

314-340-7888

Sworn and subscribed before me this

30th Day of May, 2017

_Allison D. Whitmer_
Notary Public

ALLISON D. WHITMER
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: March 22, 2021
Commission Number: 13514881

ALLISON D. WHITMER
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: March 22, 2021
Commission Number: 13514881

10/04


## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Michael Schwalbert___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Aaron L. Schwartz | [signature] | 10/27/14 | 319615 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Office of the Attorney General, Commonwealth of Pennsylvania, 14th Floor

Strawberry Square, Harrisburg, PA 17120

(717) 787-4530

Sworn and subscribed before me this

2nd Day of June, ~~200~~ 2017

[signature]
Notary Public

NOTARIAL SEAL
Kimberly Gould, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires August 28, 2019

Commonwealth of Pennsylvania

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| State of Wisconsin, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Indivior, et al. | : | |
| | : | NO.  2:16-cv-5073 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Michael Schwalbert___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

MARK FORD, WILMER HALE, 60 STATE ST, BOSTON MA 02109

KEVIN McDONALD, JONES DAY, 51 LOUISIANA AVE NW, WASHINGTON DC 20001

JAMES HIBEY, STEPTOE + JOHNSON, 1330 CONNECTICUT AVE, WA

_____
Signature of Attorney

AARON SCHWARTZ
Name of Attorney

COMMONWEALTH OF PA
Name of Moving Party

6/1/17
Date