# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL NO. 2445<br>13-MD-2445 |
| THIS DOCUMENT RELATES TO: | |
| *Wisconsin, et al. v. Indivior Inc. et al.*<br>Case No. 16-cv-5073 | |
| STATE OF WISCONSIN<br>By Attorney General Brad D. Schimel, *et al.*<br>Plaintiffs,<br>v.<br>INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.<br>Defendants. | CIV. A. NO. 16-5073 |

## ORDER

**AND NOW**, this 8th day of September, 2017, upon consideration of Defendant Indivior Inc.'s Motion to Dismiss (13-MD-2445, Doc. No. 305; 16-cv-5073, Doc. No. 138), Plaintiffs' Response in Opposition (13-MD-2445, Doc. No. 325; 16-cv-5073, Doc. No. 165), Indivior's Reply Brief (13-MD-2445, Doc. No. 337; 16-cv-5073, Doc. No. 175), Indivior's Notice of Supplemental Authority (13-MD-2445, Doc. No. 392; 16-5073, Doc. No. 201), and Plaintiffs' Response to Indivior's Notice of Supplemental Authority (16-5073, Doc. No. 203), it is hereby **ORDERED** that the Motion is **DENIED**. Defendant Indivior shall file an answer to the Amended Complaint within twenty (20) days from the date of this Order.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**