APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE OF WISCONSIN, et al. | : | CIVIL ACTION |
| v. | : | |
| INDIVIOR INC., et al | : | NO. 16-5073 |

## ORDER

AND NOW, this 18th Day of September, 2017, it is hereby

ORDERED that the application of  Margaret Paton Walsh , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.



J.