IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION** | : : : : | **MDL NO. 2445** **13-MD-2445** |
| **THIS DOCUMENT RELATES TO:,** | : : | |
| *Wisconsin, et al. v. Indivior Inc. et al.* Case No. 16-cv-5073 | : : : | |
| **STATE OF WISCONSIN** By Attorney General Brad D. Schimel, *et al.* | : : : : | **CIV. A. NO. 16-5073** |
| Plaintiffs, v. | : : : | |
| **INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.** | : : : | |
| Defendants. | : : : | |

## ORDER

**AND NOW**, this 16th day of October, 2017, upon consideration of Defendant Reckitt Benckiser Healthcare (UK) Ltd.'s Motion to Dismiss (16-cv-5073, Doc. No. 141), Plaintiffs' Response in Opposition (16-cv-5073, Doc. No. 164), and Reckitt Benckiser Healthcare (UK) Ltd's Reply Brief (16-cv-5073, Doc. No. 174), it is hereby **ORDERED** that the Motion is **GRANTED** and all claims against Defendant Reckitt Benckiser Healthcare (UK) Ltd. are **DISMISSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**