IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | : : : | MDL NO. 2445 13-MD-2445 |
| THIS DOCUMENT RELATES TO: | : | |
| *Wisconsin, et al. v. Indivior Inc. et al.* Case No. 16-cv-5073 | : : | |
| STATE OF WISCONSIN By Attorney General Brad D. Schimel, *et al.* Plaintiffs, v. INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al. Defendants. | : : : : : : : : : | CIV. A. NO. 16-5073 |

## ORDER

**AND NOW**, this 30th day of October, 2017, upon consideration of Defendant MonoSol Rx LLC's Motion to Dismiss the Amended Complaint (16-cv-5073, Doc. No. 142), Plaintiffs' Response in Opposition (16-cv-5073, Doc. No. 166), and MonoSol's Reply Brief (16-cv-5073, Doc. No. 173), it is hereby **ORDERED** that the Motion is **DENIED**. Defendant MonoSol shall file an answer to the Amended Complaint within twenty (20) days from the date of this Order.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**