IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Wisconsin, et al. v. Indivior Inc., et al.*<br>STATE OF WISCONSIN, et al.<br><br>                    Plaintiffs,<br><br>          v.<br><br>Indivior Inc. f/k/a Reckitt Benckiser Pharmaceuticals, Inc., et al.<br><br>                    Defendants. | MDL No. 2445<br><br>Master File No. 2:13-MD-2445-MSG<br><br>Case No. 2:16-cv-5073-MSG<br><br><br><br>Civ. A. No. 16-cv-5073 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1(c), the undersigned Thomas N. Anger hereby submits his Withdrawal of Appearance as counsel for Plaintiff State of Ohio.  Ohio Attorney General's Assistant Attorneys Generals Beth A. Finnerty and Matthew K. McKinley will continue to represent the Plaintiff State of Ohio and it will not be without representation as a result of Mr. Anger's withdrawal.

Dated: November 9, 2017

                                      Respectfully submitted,
                                      PLAINTIFF STATE OF OHIO
                                      MIKE DEWINE
                                      ATTORNEY GENERAL

                      BY: /s/ Thomas N. Anger
                                      Thomas N. Anger
                                      Associate Assistant Attorney General
                                      150 E. Gay Street, 22nd Floor, Antitrust Section
                                      Columbus, OH 43215
                                      Tel: (614) 466-4328
                                      Fax: (877) 584-2041
                                      thomas.anger@ohioattorneygeneral.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2017, the foregoing Notice of Withdrawal of Appearance of Thomas N. Anger was filed and served electronically upon all registered counsel via the Court's CM/ECF system.

/s/ Thomas N. Anger
Thomas N. Anger