**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE SUBOXONE (BUPRENORPHINE** | : | **MDL NO. 2445** |
| **HYDROCHLORIDE AND NALOXONE)** | : | **13-MD-2445** |
| **ANTITRUST LITIGATION** | : | |
| | : | |
| **THIS DOCUMENT RELATES TO:,** | : | |
| | : | |
| *Wisconsin, et al. v. Indivior Inc. et al.* | : | |
| Case No. 16-cv-5073 | : | |
| | : | |
| **STATE OF WISCONSIN** | : | |
| **By Attorney General Brad D. Schimel, *et al.*** | : | |
| | : | **CIV. A. NO. 16-5073** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **INDIVIOR INC. f/k/a RECKITT BENCKISER** | : | |
| **PHARMACEUTICALS, INC., et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

**AND NOW**, this 19th day of February, 2021, upon consideration of **(1)** Defendant Indivior's Phase II Motion to Exclude Certain of the Opinions of Russell Lamb, Ernst Berndt, Rena Conti, Eric Emch, and the Pricing-Related Opinions of Laurence Westreich, and Yvonne Tso (MDL No. 13-2445, Doc. No. 661) and Plaintiffs' Response (MDL No. 13-2445, Doc. No. 671); **(2)** Defendant Aquestive Therapeutics, Inc.'s Motion to Exclude Dr. Ernst Berndt (MDL No. 13-2445, Doc. No. 660; Civ. A. No. 16-5073, Doc. No. 415) and the State Plaintiffs' Response (MDL No. 13-2445, Doc. No. 674; Civ. A. No. 16-5073, Doc. No. 424); and **(3)** the Direct Purchaser Plaintiffs' Motion for Leave to File an *Amicus* Brief in Opposition to Defendant Aquestive's Motion to Exclude Dr. Berndt (Civ. A. No. 16-5073, Doc. No. 425) and Aquestive's Response (Civ. A. No. 16-5073, Doc. No. 428), it is hereby **ORDERED** that:

1.   Indivior's Phase II Motion to Exclude (MDL No. 13-2445, Doc. No. 661) is **DENIED** as set forth in the Court's accompanying Memorandum Opinion.

2.   Aquestive's Motion to Exclude (MDL No. 13-2445, Doc. No. 660; Civ. A. No. 16-5073, Doc. No. 415) is **DENIED** as set forth in the Court's accompanying Memorandum Opinion.

3.   The Direct Purchaser Plaintiffs' Motion for Leave to File an *Amicus* Brief (Civ. A. No. 16-5073, Doc. No. 425) is **DENIED AS MOOT**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**