IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | : : : : | MDL NO. 2445 13-MD-2445 |
| THIS DOCUMENT RELATES TO:, | : : | |
| *Wisconsin, et al. v. Indivior Inc. et al.* Case No. 16-cv-5073 | : : : | |
| **STATE OF WISCONSIN** By Attorney General Brad D. Schimel, *et al.* | : : : : | CIV. A. NO. 16-5073 |
| Plaintiffs, v. | : : : | |
| **INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.** | : : : | |
| Defendants. | : : | |

**ORDER**

**AND NOW**, this 22nd day of August, 2022, upon consideration of Defendant Indivior Inc.'s Motion for Summary Judgment on All Claims (MDL No. 13-2445, Doc. Nos. 699 and 706; Civ. A. No. 16-5073, Doc. No. 450), Defendant Indivior Inc.'s Motion for Summary Judgment Pertaining to Specific Plaintiffs and Remedies (MDL No. 13-2445, Doc. Nos. 699 and 706), the Direct Purchaser and End Payor Plaintiffs' Response (MDL No. 13-2445, Doc. Nos. 731, 732, and 734), the Plaintiff States' Response (Civ. A. No. 16-5073, Doc. Nos. 464, 465), and Indivior's Reply (MDL No. 13-2445, Doc. No. 740; Civ. A. No. 16-5073, Doc. No. 469), and following oral argument, it is hereby **ORDERED** that both Motions are **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**MITCHELL S. GOLDBERG,    J.**