IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL NO. 2445<br>13-MD-2445 |
| THIS DOCUMENT RELATES TO:, | |
| *Wisconsin, et al. v. Indivior Inc. et al.*<br>Case No. 16-cv-5073 | |
| **STATE OF WISCONSIN**<br>By Attorney General Brad D. Schimel, *et al.* | CIV. A. NO. 16-5073 |
| Plaintiffs, | |
| v. | |
| **INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.** | |
| Defendants. | |

**ORDER**

**AND NOW**, this 19th day of October, 2022, upon consideration of the Motion for Summary Judgment by Defendant Aquestive Therapeutics, Inc. ("Aquestive") (MDL No. 13-2445, Doc. Nos. 702, 704; Civ. A. No. 16-5073, Doc No. 452), the Response by Plaintiffs State of Wisconsin, *et al.* ("States") (MDL No. 13-2445, Doc. Nos. 726, 729; Civ. A. No. 16-5073, Doc Nos. 460, 466), Aquestive's Reply (MDL No. 13-2445, Doc. Nos. 744, 750; Civ. A. No. 16-5073, Doc No. 472), and the States' Sur-reply (MDL No. 13-2445, Doc. Nos. 757, 758; Civ. A. No. 16-5073, Doc Nos. 477, 478), and following oral argument on the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendant Aquestive Therapeutics, Inc. and against Plaintiff States on all claims against Aquestive.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**