# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Wisconsin, et al. v. Indivior Inc. et al.* | MDL No. 2445<br><br>Master File No. 2:13-MD-2445-MSG |
| STATE OF WISCONSIN et al.<br><br>               Plaintiffs,<br><br>      v.<br><br>Indivior Inc. f/k/a Reckitt Benckiser Pharmaceuticals, Inc., et al.<br><br>               Defendants. | Civ. A. No. 16-cv-5073 |

## JOINT STATUS REPORT

As directed in the Court's Order of Dec. 14, 2022, the parties in *State of Wisconsin v. Indivior Inc.*, submit the following Joint Status Report regarding "whether Plaintiffs will attempt to proceed with any remaining conspiracy or conspiracy-related claims" in light of the Court's October 19, 2022, ruling that all claims against Aquestive Therapeutics shall be dismissed.

Lead counsel, Gwendolyn Cooley, has met and conferred with all State Plaintiffs and received authority from them that the State Plaintiffs in this matter will stipulate that they will not proceed with any conspiracy or conspiracy-related claims that they brought against Defendants under state or federal law in this matter, unless new evidence is found concerning such claims during the testimony of witnesses who previously pleaded the 5th Amendment. In making this stipulation, the States reserve their right to file a FRCP Rule 60(b)(2) motion for relief or any other relief available to the States. The States conferred with Indivior Inc. regarding this Joint Status Report on December 28, 2022, and thereafter. Subject to the States' reservation of rights, the parties agree that, in accordance with this stipulation, all conspiracy and conspiracy-related claims against Indivior Inc. should be dismissed with prejudice, and that Indivior Inc. will meet and confer with the States to prepare a proposed order dismissing such claims at an appropriate time.

Respectfully submitted,

        Joshua L. Kaul
        Wisconsin Attorney General

        /s/ Gwendolyn J. Cooley
        GWENDOLYN J. COOLEY
        Assistant Attorney General
        Wisconsin Department of Justice
        Post Office Box 7857
        Madison, Wisconsin 53707-7857
        (608) 261-5810
        (608) 266-2250 (Fax)
        cooleygj@doj.state.wi.us

*Counsel for Plaintiff States*

        /s/ Virginia A. Gibson
        VIRGINIA A. GIBSON
        **HOGAN LOVELLS US LLP**
        1735 Market Street
        23rd Floor
        Philadelphia, PA 19103
        (267)675-4635
        virginia.gibson@hoganlovells.com

        JUSTIN W. BERNICK
        **HOGAN LOVELLS US LLP**
        Columbia Square
        555 Thirteenth Street NW
        Washington, DC 20004
        (202) 637-5600
        justin.bernick@hoganlovells.com

        JONATHAN BERMAN
        **JONES DAY**
        51 Louisiana Ave NW
        Washington, DC 20001
        (202) 879-3669
        jberman@jonesday.com

        TIFFANY D. LIPSCOMB-JACKSON
        **JONES DAY**
        325 John H. Mcconnell Boulevard
        Suite 600
        Columbus, OH 43215

(614) 281-3876
(614) 461-4198 (fax)
tdlipscombjackson@jonesday.com

BRETT W. BELL
**JONES DAY**
901 Lakeside Ave
Cleveland, OH 44114
(216) 586-7097
bbell@jonesday.com

*Counsel for Defendant Indivior Inc.*