# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL No. 2445 |
| | Master File No. 2:13-MD-2445-MSG |
| THIS DOCUMENT RELATES TO: | Case No. 2:16-cv-5073-MSG |
| *Wisconsin, et al. v. Indivior Inc., et al.* | |
| STATE OF WISCONSIN, et al. | |
| Plaintiffs, | Civ. A. No. 16-cv-5073 |
| v. | |
| Indivior Inc. f/k/a Reckitt Benckiser Pharmaceuticals, Inc.; et al. | |
| Defendants. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COURTNEY DEVON TAYLOR

Pursuant to Local Rule 5.1(c), the Notice of Withdrawal of Appearance by Courtney Devon Taylor as counsel for Defendant Indivior Inc. is hereby submitted. Attorneys Virginia A. Gibson, N. Thomas Connally, Jonathan Wasserman, Justin W. Bernick, Jonathan Berman, Tiffany D. Lipscomb-Jackson, Brett W. Bell, Victoria A. Joseph, and Daniel Gross, will continue to represent the Defendant Indivior Inc. and it will not be without representation as a result of Ms. Devon Taylor's withdrawal.

Dated:  April 28, 2023

Respectfully submitted,
DEFENDANT INDIVIOR INC.

/s/ *Courtney Devon Taylor*
Courtney Devon Taylor (PA #321546)
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
courtney.taylor@hoganlovells.com
Telephone: (267) 675-4600

*Counsel for Defendant Indivior Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April 2023, the foregoing Notice of Withdrawal of Appearance of Courtney Devon Taylor was filed and served electronically upon all registered counsel via the Court's CM/ECF System.

<em>/s/ Courtney Devon Taylor</em>